## People of State of Illinois, Defendant in Error, v. John J. Williams, Plaintiff in Error.

### Gen. No. 43,220.

opinion filed December 19, 1944; released for publication January 4, 1945. James M. Burke, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## Jaybill Clothes, Inc., Appellant, v. Joseph Harris et al., Appellees.

### Gen. No. 43,168.

opinion filed December 19, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. George B. Cohen, for appellant; Curtis & Polin, for appellees; Al Martin Curtis, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.